JS-6

FILED
JUL 13 2010
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PATRICK T. CONNOR, Bar No. 89136
pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INDUSTRIAL CONTRACTING, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. CV 10-01480 DDP(CWx)<br><br>[PROPOSED] JUDGMENT<br><br>Before the Honorable<br>Dean D. Pregerson<br><br>DATE: June 21, 2010<br>TIME: 10:00 a.m.<br>CTRM: 3 |

    This case came for hearing on June 21, 2010 before the Honorable Dean D. Pregerson, United States District ~~Court~~ Judge.

    It appearing that defendant, AMERICAN INDUSTRIAL CONTRACTING, INC., a California corporation, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE

CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment against AMERICAN INDUSTRIAL CONTRACTING, INC., a California corporation, ("DEFENDANT") as follows:

For an order compelling submission to an audit of their business records for the period January 1, 2009 to the present and allowing the auditors to examine and copy the following books, records, papers, documents and reports: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, forms W-2, 1099 and 1096 submitted to the U.S. Government, Nevada quarterly state tax returns (DE-3's), health and welfare and pension report for all other trades, cash receipts' journal, copies of all contracts and all material invoices.

IT IS FURTHER ORDERED that DEFENDANTS shall pay attorney's fees in the amount of $720.00 and costs pursuant to the Bill of Costs.

DATED: 7-13-10

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR &SHANLEY
A Professional Corporation

By: /s/ Margaret R. Gifford    5/13/10
     MARGARET R. GIFFORD
     Attorney for Plaintiffs