PATRICK T. CONNOR, Bar No. 89136
pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone:  213/488-4100
Telecopier:  213/488-4180

CLOSED

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>                    Plaintiffs,<br><br>v.<br><br>AMERICAN INDUSTRIAL CONTRACTING, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendant<br>_____ | CASE NO. CV 10-01480 DDP(CWx)<br><br>AMENDED  JUDGMENT |

It appearing that defendant, AMERICAN INDUSTRIAL CONTRACTING,

INC., a California corporation, having been regularly served with process, having

failed to plead or otherwise defend this action and its default having been entered;

on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE

CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

1  SOUTHWEST TRUSTS, to the Court and after having considered the papers and

2  arguments submitted in support thereof, and good cause appearing therefore,

3       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

4  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and

5  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

6  have judgment against AMERICAN INDUSTRIAL CONTRACTING, INC., a

7  California corporation, ("DEFENDANT") as follows:

8       For an order compelling submission to an audit of their business records for

9  the period January 1, 2009 to the present and allowing the auditors to examine and

10  copy the following books, records, papers, documents and reports:  all job cost

11  records, general check register and check stubs, bank statements and canceled

12  checks, general ledgers, worker compensation insurance reports, financial

13  statements, cash disbursements ledgers, corporate income tax returns, employee

14  time cards, payroll journals, individual earnings records of all employees, forms

15  W-2, 1099 and 1096 submitted to the U.S. Government, California quarterly state

16  tax returns (DE-3's), health and welfare and pension report for all other trades, cash

17  receipts' journal, copies of all contracts and all material invoices.

18       IT IS FURTHER ORDERED that DEFENDANT shall pay attorney's fees in

19  the amount of $720.00 and costs pursuant to the Bill of Costs.

20  DATED:  August 5, 2010

21
        THE HONORABLE DEAN D. PREGERSON
22       UNITED STATES DISTRICT JUDGE

23  Presented by,

    DeCARLO, CONNOR &SHANLEY
24  A Professional Corporation

25

26  By:_ /s/ Margaret R. Gifford   8/3/10_
        MARGARET R. GIFFORD
27       Attorney for Plaintiffs

28

                                    2